UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **14-1789**

Miller v. Warden New Jersey State Prison
(D.N.J. No. 2-10-cv-02492)

To:  Clerk

    1)  Motion by Appellant for leave to appeal in forma pauperis

---

    The foregoing motion to proceed in forma pauperis is granted.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: October 9, 2014
PDB/cc: Naeem Miller
       Andrew R. Burroughs, Esq.