ALD-007　　　　　　　　　　　　　　　　　　　　　　　October 9, 2014
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **14-1789**

NAEEM MILLER, Appellant

v.

WARDEN NEW JERSEY STATE PRISON; ET AL.

　(D.N.J. Civ. No. 2-10-cv-02492)

Present: RENDELL, CHAGARES and SCIRICA, Circuit Judges

　Submitted are:

(1)　Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2)　Appellees' opposition thereto

　　in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　Clerk

MMW/JJA/pdb
_____ORDER_____

　　The foregoing request for a certificate of appealability is denied because reasonable jurists would not find it debatable whether the request states a valid claim of the denial of a constitutional right and whether the District Court was correct in its procedural rulings. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c). In particular, jurists of reason could not debate that the District Court properly denied relief to Miller for essentially the reasons set forth in the Court's March 13, 2014 opinion.

By the Court,

s/Marjorie O. Rendell
Circuit Judge

Dated: October 29, 2014
PDB/cc: Naeem Miller
      Andrew R. Burroughs, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.