Naeem Miller
#449807/310984-B
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

COURT OF APPEAL FOR THE
THIRD CIRCUIT
Docket No.: 14-1789
District Court No.: 2-10-cv-02492

| | | |
|---|---|---|
| Naeem Miller, | : | **CIVIL ACTION** |
| Appellant, | : | |
| | : | PETITION FOR REHEARING EN |
| v. | : | BANC OF AN ORDER DENYING |
| | : | APPELLANT A CERTIFICATE |
| WARDEN NEW JERSEY STATE | : | OF APPEALABILITY. |
| PRISON, et al., | : | |
| Respondent. | : | |

Your Hon. Justice Theodore A. McKee and Associate Justices:

For the sake of brevity, please accept this petition in lieu of a letter-brief in support of appellant's Petition for a Rehearing En Banc, from an Order denying a Certificate of Appealability, entered on October 29, 2014.

**PROCEDURAL STATEMENT OF THE MATTER PRESENTED**

On the date of November 3, 2014, appellant Naeem Miller received a one-page Order dated October 29, 2014, denying his request for a Certificate of Appealability (COA) from the denial of a petition for writ of habeas corpus, Naeem Miller v. WARDEN NEW JERSEY STATE PRISON, et al., Civil No. 2-10-cv-02492.

Based on the aforementioned, it is respectfully requested that this Court grant appellant's request for a rehearing en banc on his claims, in the interest of justice.

Respectfully submitted,

*Naeem Miller*
Naeem Miller

Dated: November 5, 2014

Naeem Miller
#449807/310984-B
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

**COURT OF APPEAL FOR THE
THIRD CIRCUIT**
Docket No.: <u>14-1789</u>
District Court No.: <u>2-10-cv-02492</u>

| | | |
|---|---|---|
| Naeem Miller, | : | **<u>CIVIL ACTION</u>** |
| Appellant, | : | |
| v. | : | CERTIFICATE OF SERVICE |
| WARDEN NEW JERSEY STATE PRISON, et al., | : | |
| Respondent. | : | |

I, Naeem Miller, the appellant in the above captioned matter, hereby Certify that on the date of November 5, 2014, I did place in the hands of custody officials at New Jersey State Prison, a copy of my petition for a rehearing en banc, to be served on the following party:

> Andrew R. Burroughs, Esq.
> Essex County Office of Prosecutor
> 50 W. Market Street
> Essex County Veterans Courthouse
> Newark, New Jersey 07102

*/s/ Naeem Miller*
Naeem Miller

DATED: November 5, 2014