UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1789
_____

NAEEM MILLER,

Appellant

v.

WARDEN NEW JERSEY STATE PRISON;
ATTORNEY GENERAL NEW JERSEY UNITED STATES OF AMERICA

_____

Present: McKEE, Chief Judge, RENDELL, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr.,
VANASKIE, SHWARTZ and KRAUSE, Circuit Judges,
and SCIRICA, Senior Circuit Judge*

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

_____

*Pursuant to Third Circuit I.O.P. 9.5.3., Judge Scirica's vote is limited to panel rehearing.

By the Court:


<u>s/ Marjorie O. Rendell</u>
Circuit Judge

Dated: January 7, 2015
PDB/cc: Naeem Miller
      Andrew R. Burroughs, Esq.